UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  ROBERT SMITH,           )   No. 20-21737
                                )   Chapter 13
            Debtor.             )   Judge Cox

# NOTICE OF MOTION

To: See attached service list.

    PLEASE TAKE NOTICE that on March 22, 2021, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the Federal Emergency Management Agency's Motion to Extend Time to Object to Dischargeability, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

    **To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

    **When prompted identify yourself by stating your full name.**

    **To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

    **If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ David H. DeCelles
        DAVID H. DECELLES
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4220
        david.decelles@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  ROBERT SMITH, | ) | No. 20-21737 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Cox |

**FEDERAL EMERGENCY MANAGEMENT AGENCY'S**
**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY**

The Federal Emergency Management Agency (FEMA), by its attorney John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves to extend the deadline for it to object to the dischargeability of its claim and states as follows:

1. Debtor Robert Smith filed his voluntary Chapter 13 petition on December 18, 2020. Dkt. 1.

2. The first date set for the meeting of creditors under § 341(a) was January 13, 2021. Dkt. 6.

3. A complaint to determine the dischargeability of a debt under § 523(c) must be filed "no later than 60 days after the first date set for the meeting of creditors under § 341(a)," but the court may extend the deadline "for cause." Fed. R. Bankr. P. 4007(c). That deadline has not yet passed and will occur on March 15, 2021.

4. Smith incurred an overpayment debt to FEMA and FEMA believes this debt is non-dischargeable. FEMA is currently in discussions with Smith, through his bankruptcy counsel, concerning a resolution to the dischargeability issue without the need for litigation.

5. FEMA has not sought a previous extension of the deadline for objecting to the dischargeability of Smith's debt.

6.   FEMA submits that these circumstances constitute cause to extend the deadline for objecting to dischargeability of Smith's debt under Rule 4007(c) and requests that this court extend the deadline by 60 days to May 14, 2021.

WHEREFORE, FEMA seeks an extension of its deadline for objecting to the dischargeability of Smith's debt to May 14, 2021.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ David H. DeCelles
        DAVID H. DeCELLES
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4220
        david.decelles@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, L.R. 7005-1, and the Administrative Procedures for the Case Management/Electronic Case Filing System, the following documents:

NOTICE OF MOTION

FEDERAL EMERGENCY MANAGEMENT AGENCY'S
MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY

were filed and served pursuant to the bankruptcy court's ECF system as to the ECF filers listed on the attached electronic mail notice list and sent by first class mail on March 5, 2021, to the following party:

Robert Smith
253 W. 110th Place
2nd Floor
Chicago, IL 60628

                                              s/ David H. DeCelles
                                              DAVID H. DECELLES
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-4220
                                              david.decelles@usdoj.gov

# Mailing Information for Case 20-21737

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **M.O. Marshall**    ecf@55chapter13.com, ecfchi@gmail.com
- **David M Siegel**    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

### Creditor List

Click the link above to produce a complete list of **creditors** only.

### List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.