UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT SMITH,   ) No. 20-21737
                      ) Chapter 13
        Debtor.       ) Judge Cox

### STIPULATION AND ORDER

Debtor Robert Smith (the "Smith") and the Federal Emergency Management Agency ("FEMA") (collectively, with Smith, the "Parties") enter into the following Stipulation and Order, pursuant to which the Parties stipulate, agree, and state as follows:

1. Smith filed a bankruptcy petition on December 18, 2020, under Chapter 13 of Title 11 U.S.C., §§ 101, *et seq.* (the "Petition"), commencing Case No. 20-21737 in the United States Bankruptcy Court for the Northern District of Illinois.

2. Smith owes FEMA a debt for overpayment of rental assistance disaster grant payments in the amount of $11,144.89, including outstanding interest and penalty charges.

3. Smith understands and agrees that $11,144.89 remains due and owing of the debt he owes to FEMA, and that $11,144.89 shall not be dischargeable in bankruptcy in this or any subsequently filed bankruptcy case advanced by Smith. This debt will not accrue interest prior to discharge, dismissal, or closing of the above captioned bankruptcy case—whichever comes first.

4. During the pendency of this bankruptcy case, FEMA will receive payments from the Chapter 13 trustee if required by Smith's confirmed plan. Any amounts paid to FEMA by the Chapter 13 trustee on account of FEMA's claim shall reduce Smith's debt to FEMA.

5. Following discharge, dismissal, or closing of the above referenced bankruptcy case, whichever comes first, it is understood and agreed by the Parties that the United States of

America may use all available legal means to collect the remaining balance of the outstanding amount owed by Smith to FEMA.

9. The Parties will bear their own fees and costs in this action.

10. This Stipulation and Order shall be construed as though jointly drafted by the Parties, and, accordingly, no inference shall be drawn against either party based on the conclusion that either party exclusively or predominantly authored the Stipulation and Order.

11. This Stipulation and Order constitutes the entire agreement between the Parties on the matters raised herein, and no other statement, promise, or agreement, either written or oral, allegedly made by either party or agents thereof, not contained in this Stipulation and Order will be deemed to be enforceable.

Accordingly, it is hereby ORDERED:

1. That $11,144.89 owed by debtor Robert Smith to FEMA is excepted from discharge under 11 U.S.C. § 523(a)(2)(A) in this bankruptcy case and in any future bankruptcy case.

ENTER:
4-5-21

_____
United States Bankruptcy Judge

Agreed:
JOHN R. LAUSCH
United States Attorney

By: _David H. DeCelles_
DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov

_Robert Smith_
ROBERT SMITH

_Robert Bansfield Jr._
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, Illinois 60090

2

(847) 520-8100
davidsiegelbk@gmail.com
*Attorney for Robert Smith*